IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MARY JILL ALLGEYER, | : | Case No. 1:16-cv-1128 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| v. | : | |
| | : | |
| CITY OF CINCINNATI, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER OVERRULING OBJECTIONS (Docs. 31, 38), ADOPTING REPORT AND RECOMMENDATION (Doc. 30), GRANTING MOTION FOR SUMMARY JUDGMENT (Doc. 23), AND TERMINATING CASE**

This action is before the Court on Magistrate Judge Stephanie K. Bowman's Report and Recommendation (Doc. 30). Magistrate Judge Bowman recommended that the Court grant Defendants' Motion for Summary Judgment (Doc. 23). Plaintiff Mary Jill Allgeyer filed objections (Docs. 31, 38) to Magistrate Judge Bowman's Report & Recommendation, which is ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon review, the Court finds that Ms. Allgeyer's Objections (Docs. 31, 38) are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Report and Recommendation (Doc. 30) in its entirety and **GRANTS** Defendants' motion for summary judgment as to all remaining claims (Doc. 23). This action is hereby **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND